IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GUY L. GOSCINIAK                                                                       PLAINTIFF

        v.                  Civil No. 04-5210

CAPTAIN HUNTER PETRAY and
LT. GEAN HENDRICKS                                            DEFENDANTS

## **O R D E R**

Now pending before the court is defendants' motion (Doc. 24) to withdraw their motion (Doc. 21) for an order compelling the plaintiff to respond to discovery requests. Defendants state that they received plaintiff's discovery responses on August 15, 2005, and thus the prior motion requesting an order to compel is now moot.

For the reasons stated by the defendants, their motion to withdraw (Doc. 24) is GRANTED, and the motion for an order compelling responses to discovery (Doc. 21) is DISMISSED as moot.

IT IS SO ORDERED this 30th day of August 2005.

                                                        **/s/ Beverly Stites Jones**
                                           _____
                                           HON. BEVERLY STITES JONES
                                           UNITED STATES MAGISTRATE JUDGE